**STATE of Missouri, Respondent,**

v.

**Glenn L. JOSEPH,
Defendant/Appellant.**

**No. ED 97016.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 12, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 19, 2012.

Application for Transfer Denied
Sept. 25, 2012.

Gwenda Renee Robinson, District Defender, Office B/Area 68, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, Mary Highland Moore, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before ROBERT G. DOWD, JR., P.J., MARY K. HOFF, J., and SHERRI B. SULLIVAN, J.

1. Unless otherwise indicated, all further statu-

*ORDER*

PER CURIAM.

Glenn L. Joseph appeals from the judgment upon his convictions by a jury for burglary in the first degree, in violation of Section 569.160, RSMo 2000,[1] misdemeanor stealing, in violation of Section 570.030, RSMo Cum.Supp.2009, and misdemeanor property damage, in violation of Section 569.120. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

tory references are to RSMo 2000.